**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EAM 40 Meadow Lane LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3004553** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 Madison Avenue**<br>**15th Floor**<br>**New York, NY 10022**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **EAM 40 Meadow Lane LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5511

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **EAM 40 Meadow Lane LLC**                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **EZL 40 Meadow Lane LLC**                    Relationship    _____

District    **Delaware**    When    **4/06/22**    Case number, if known    _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
Contact name    _____
Phone    _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **EAM 40 Meadow Lane LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **EAM 40 Meadow Lane LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/06/2022
              MM / DD / YYYY

**X** /s/ Nir Meir                                    Nir Meir
       Signature of authorized representative of debtor            Printed name

          **Manager of Managing Member EZL 40**
   Title    **Meadow Lane LLC**

**18. Signature of attorney**

**X** /s/ Matthew P. Ward                     Date    04/06/2022
    Signature of attorney for debtor                           MM / DD / YYYY

   **Matthew P. Ward**
   Printed name

   **Womble Bond Dickinson (US) LLP**
   Firm name

   **1313 N. Market Street**
   **Suite 1200**
   **Wilmington, DE 19801**
   Number, Street, City, State & ZIP Code

   Contact phone    **302-252-4338**       Email address    **matthew.ward@wbd-us.com**

   **(No. 4471) DE**
   Bar number and State

**RESOLUTIONS OF THE
MANAGING MEMBER OF
EAM 40 MEADOW LANE LLC**

Being the managing member ("<u>Managing Member</u>") of EAM 40 Meadow Lane LLC (the "<u>Company</u>"), a Delaware Limited Liability Company, the undersigned hereby adopts the following resolutions:

## <u>CHAPTER 7 FILING</u>

**WHEREAS**, the Managing Member has considered the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Managing Member has had the opportunity to consult with advisors and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Company is unable to pay its debts as they come due; and

**WHEREAS**, the Managing Member has determined in the exercise of its business judgment that it is in the best interest of the Company and all of its stakeholders for the Company to file a voluntary petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") as soon as reasonably practicable.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the Managing Member's judgment, it is desirable and in the best interests of the Company, its members, its creditors, and other parties in interest, that the Company shall be, and hereby is, authorized, empowered, and directed to file or cause to be filed a voluntary petition for relief under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, or another court of proper jurisdiction (the "Bankruptcy Court"); and be it further

**RESOLVED**, that Nir Meir or any other duly-appointed officer of the Company (collectively, the "<u>Authorized Officers</u>") acting alone or with one or more other Authorized Officers, be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents (including the filing of financial statements), and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Company's business; and be it further

## <u>RETENTION OF PROFESSIONALS</u>

**WHEREAS**, the Managing Member has determined that it is advisable and in the best interest of the Company to retain certain professionals in connection with the foregoing.

**NOW, THEREFORE, BE IT RESOLVED,** that each of the Authorized Officers be, and hereby is, empowered and directed to employ the law firm of Womble Bond Dickinson (US) LLP, as the Company's counsel, to represent and assist the Company in carrying out its duties under the

Bankruptcy Code and to take any and all actions to advance the Company's rights and remedies including filing any pleadings on behalf of the Company; and, in connection therewith, directed to execute appropriate retention agreements and make any payments in connection therewith in accordance with applicable law; and be it further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and be it further

**RESOLVED,** that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 7 Cases, with a view to the successful prosecution of such cases; and be it further

## GENERAL AUTHORIZATIONS

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized, empowered, and directed, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Managing Member; and be it further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby are, authorized, empowered, and directed to take all actions, or to not take any action in the name of the Company, with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

*[Remainder of Page Intentionally Left Blank]*

2

The foregoing resolutions are approved as of this 6th day of April, 2022.

Dated:  April 6, 2022                  EAM 40 MEADOW LANE LLC
                                           By:    EZL 40 MEADOW LANE LLC
                                           Its:    Managing Member

                                           By: _____
                                               Name:  Nir Meir
                                             Title:  Manager

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EAM 40 MEADOW LANE LLC,[1] | ) | Case No. 22-_____(__) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S STATEMENT OF**
**CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)**
**AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above captioned debtor (the "Debtor") states that the following is a list of all

corporations, other than governmental units, that directly or indirectly own 10% or more of any

class of interests in the Debtor:

| <u>Name and Address</u> | <u>Approximate Percentage</u> <u>of Interest Held</u> |
|---|---|
| EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, New York 10022 | 95% |

---

[1] The last four digits of the Debtor's federal tax identification number are -4553.  The address for the Debtor is 600 Madison Avenue, FL 15, New York, NY 10022.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| EAM 40 MEADOW LANE LLC,[1] | ) Case No. 22-_____(__) |
| | ) |
| Debtor. | ) |
| | ) |

**DECLARATION CONCERNING DEBTOR'S STATEMENT**
**OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1)**
**AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Nir Meir, as Manager of EZL 40 Meadow Lane LLC, the Managing Member of

the debtor in this chapter 7 case (the "Authorized Officer"), declare under penalty of perjury

under the laws of the United States of America that I have reviewed the foregoing Debtor's

Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules

of Bankruptcy Procedure submitted herewith and that the information contained therein is true

and correct to the best of my knowledge, information, and belief.

Dated:  April 6, 2022                    EAM 40 MEADOW LANE LLC
                                         By:    EZL 40 MEADOW LANE LLC
                                         Its:   Managing Member


                                         By: _____
                                              Name:  Nir Meir
                                              Title:  Manager

---

[1]     The last four digits of the Debtor's federal tax identification number are -4553.  The address for the Debtor
        is 600 Madison Avenue, FL 15, New York, NY 10022.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| EAM 40 MEADOW LANE LLC,[1] | ) | Case No. 22-_____ (__) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>

1.      Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that my firm, Womble Bond Dickinson (US) LLP ("WBD"), is counsel for the above-named debtor (the "Debtor") and that compensation paid to WBD within one year before the filing of the petition in bankruptcy, or agreed to be paid to WBD, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case is as follows:

   (a)      In connection with the bankruptcy filing, WBD received a $25,000 retainer on April 4, 2022, with respect to the Debtor and its' affiliate, EZL 40 Meadow Lane LLC.

2.      The source of the compensation paid to WBD was Ranee A. Bartolacci.

3.      WBD has not agreed to share the above-disclosed compensation with any other person unless they are a partner or associate of WBD.

4.      In return for the above-disclosed fee, WBD has agreed to render legal services relating to the bankruptcy case, including:

   (a)      Analysis of the Debtor's financial situation, and rendering advice to the Debtor concerning filing a petition in bankruptcy;

   (b)      Preparing and filing of any petition, schedules and statements of affairs which may be required; and

---

[1]      The last four digits of the Debtor's federal tax identification number are -4553.  The address for the Debtor is 600 Madison Avenue, 15th Floor, New York, New York, 10022.

(c)     Representation of the Debtor at the meeting of creditors, and any adjourned hearings thereof.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to WBD for representation of the Debtor in this bankruptcy proceeding.

Dated:  April 6, 2022  
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:     (302) 252-4330
Email:          matthew.ward@wbd-us.com

*Counsel for EAM 40 Meadow Lane, LLC*

2

# United States Bankruptcy Court
## District of Delaware

In re   **EAM 40 Meadow Lane LLC**             Case No. _____

                      Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Managing Member EZL 40 Meadow Lane LLC of the company named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date:    04/06/2022                    **/s/ Nir Meir**

                                           **Nir Meir/Manager of Managing Member EZL 40 Meadow Lane LLC**
                                           Signer/Title

Atlantic Specialty Insurance Company
605 Highway 169 North
Suite 800
Plymouth, Minnesota 55441


HFZ Capital Group LLC
Attn.:  Ziel Feldman
600 Madison Avenue, FL 15
New York, NY 10022


David E. Ross, Esq.fnir
Morrison Cohen LLP
909 Third Avenue
27th Floor
New York, NY 10022


Andrew Heymann, Esq.
Solomon Blum Heymann LLP
40 Wall Street
35th Floor
New York, NY 10005


YH Lex Estates LLC
40 Wall Street
35th Floor
New York, NY 10005


Mark H. Hatch-Miller, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019


Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903


Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904


NY Stone & Tile
31 Howell Street,
Jersey City, NJ 07306


NY Stone & Tile
30 West 21st Street,
New York, NY 10010

NY Stone & Tile
Business Solutions
3516 Flatlands Avenue
Brooklyn, NY 11234


Davidoff Hutcher & Citron
Attn.:  Jonathan Pasternak, Esq.
605 Third Avenue
New York, NY 10158


ConnectOne Bank
301 Sylvan Ave
Englewood Cliffs, NJ 07632-2539


Signature Bank
261 Madison Avenue
New York, NY 10016


Ermitage One LLC
c/o Howard Presant
Davidoff Hutcher & Citron
605 Third Avenue
New York, NY 10158


Womble Bond Dickinson (US) LLP
Attn.:  Matthew P. Ward
1313 N. Market Street
Suite 1200
Wilmington, DE 19801


Nir Meir
600 Madison Avenue
15th Floor
New York, NY 10022


Ranee A. Bartolacci
600 Madison Avenue
15th Floor
New York, NY 10022

NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227


NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300


Town of Southampton Taxing Authority
116 Hampton Road
Southampton, NY 11968


Suffolk County Taxing Authority
H. Lee Dennison Bldg
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY 11788


Suffolk County Taxing Authority
Riverhead County Center
300 Center Drive
Riverhead, NY 11901


Suffolk County Taxing Authority
Riverhead County Center
County Road 51
Riverhead, NY 11901


Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801