Atlantic Specialty Insurance Company
605 Highway 169 North
Suite 800
Plymouth, Minnesota 55441


HFZ Capital Group LLC
Attn.:  Ziel Feldman
600 Madison Avenue, FL 15
New York, NY 10022


David E. Ross, Esq.
Morrison Cohen LLP
909 Third Avenue
27th Floor
New York, NY 10022


Andrew Heymann, Esq.
Solomon Blum Heymann LLP
40 Wall Street
35th Floor
New York, NY 10005


YH Lex Estates LLC
40 Wall Street
35th Floor
New York, NY 10005


Mark H. Hatch-Miller, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019


Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903


Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022


Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904


NY Stone & Tile
31 Howell Street,
Jersey City, NJ 07306


NY Stone & Tile
30 West 21st Street,
New York, NY 10010

NY Stone & Tile
Business Solutions
3516 Flatlands Avenue
Brooklyn, NY 11234


Davidoff Hutcher & Citron
Attn.: Jonathan Pasternak, Esq.
605 Third Avenue
New York, NY 10158


ConnectOne Bank
301 Sylvan Ave
Englewood Cliffs, NJ 07632-2539


Signature Bank
261 Madison Avenue
New York, NY 10016


Ermitage One LLC
c/o Howard Presant
Davidoff Hutcher & Citron
605 Third Avenue
New York, NY 10158


Womble Bond Dickinson (US) LLP
Attn.: Matthew P. Ward
1313 N. Market Street
Suite 1200
Wilmington, DE 19801


Nir Meir
600 Madison Avenue
15th Floor
New York, NY 10022


Ranee A. Bartolacci
600 Madison Avenue
15th Floor
New York, NY 10022

NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227


NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300


Town of Southampton Taxing Authority
116 Hampton Road
Southampton, NY 11968


Suffolk County Taxing Authority
H. Lee Dennison Bldg
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY 11788


Suffolk County Taxing Authority
Riverhead County Center
300 Center Drive
Riverhead, NY 11901


Suffolk County Taxing Authority
Riverhead County Center
County Road 51
Riverhead, NY 11901


Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Atlantic Specialty Insurance Company**
c/o Adam P. Friedman
Chiesa Shahinian & Giantomasi PC
11 Time Square
New York, NY 10036

**Harsh Pardia**
c/o Gary Rosen, Esq.
Rosen Law
216 Lakeville Rd.
Great Neck, NY 11020

**HFZ Capital Group LLC**
c/o Y. David Scharf, Esq.
Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022

**YH Lex Estates LLC**
c/o Kestadt Winters Jureller Southard Steven
2002 West 41st Street
17th Floor
New York, NY 10036

**YH Lex Estates LLC**
c/o Susman Godfrey L.L.P.
1301 Avenue of the Americas
332nd Floor
New York, NY 10019

**Ziel Feldman**
600 Madison Avenue, FL 15
New York, NY 10022

**Smithtown Partners**
40 Meadow Lane
Southampton, NY 11968

**76 Eleventh Avenue Property Owner, LLC**
600 Madison Avenue
15th Floor
New York 10022

CF HFZ, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 235 West 53rd Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 344 West 72nd Street Owners, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 88 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 90 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Bryant Part Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Capital Group LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ KIK 30th Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

**HFZ Residential Collection, LLC**
**600 Madison Avenue**
**15th Floor**
**New York 10022**


**Ziel Feldman**
**11 East 68th Street**
**New York, NY 10065**

**Advantage Title Agency, Inc.**
**201 Old Country Road**
**Melville, NY 11747**