# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10293 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 21, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/20/2022 | 18 | Amendment to List of Creditors. . Fee Amount $32. Filed by EAM 40 Meadow Lane LLC. (Attachments: # 1 Amended Creditor Matrix) (Ward, Matthew) (Entered: 04/20/2022) |

X _____
Laurie Heggan

Dated: April 21, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 21st day of April 2022, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

# EXHIBIT A

| | |
|---|---|
| Atlantic Specialty Insurance Company<br>605 Highway 169 North<br>Suite 800<br>Plymouth, Minnesota 55441 | HFZ Capital Group LLC<br>Attn.: Ziel Feldman<br>600 Madison Avenue, FL 15<br>New York, NY 10022 |
| David E. Ross, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>27th Floor<br>New York, NY 10022 | Andrew Heymann, Esq.<br>Solomon Blum Heymann LLP<br>40 Wall Street<br>35th Floor<br>New York, NY 10005 |
| YH Lex Estates LLC<br>40 Wall Street<br>35th Floor<br>New York, NY 10005 | Mark H. Hatch-Miller, Esq.<br>Susman Godfrey LLP<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 |
| Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | Securities and Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 |

| | |
|---|---|
| Securities and Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 | Delaware State Treasury<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| NY Stone & Tile<br>31 Howell Street,<br>Jersey City, NJ 07306 | NY Stone & Tile<br>30 West 21st Street,<br>New York, NY 10010 |
| NY Stone & Tile<br>Business Solutions<br>3516 Flatlands Avenue<br>Brooklyn, NY 11234 | Davidoff Hutcher & Citron<br>Attn.: Jonathan Pasternak, Esq.<br>605 Third Avenue<br>New York, NY 10158 |
| ConnectOne Bank<br>301 Sylvan Ave<br>Englewood Cliffs, NJ 07632-2539 | Signature Bank<br>261 Madison Avenue<br>New York, NY 10016 |
| Ermitage One LLC<br>c/o Howard Presant<br>Davidoff Hutcher & Citron<br>605 Third Avenue<br>New York, NY 10158 | Nir Meir<br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022 |

Ranee A. Bartolacci
600 Madison Avenue
15th Floor
New York, NY 10022

NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300

Town of Southampton Taxing Authority
116 Hampton Road
Southampton, NY 11968

Suffolk County Taxing Authority
H. Lee Dennison Bldg
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY 11788

Suffolk County Taxing Authority
Riverhead County Center
300 Center Drive
Riverhead, NY 11901

Suffolk County Taxing Authority
Riverhead County Center
County Road 51
Riverhead, NY 11901

Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Atlantic Specialty Insurance Company
c/o Adam P. Friedman
Chiesa Shahinian & Giantomasi PC
11 Time Square
New York, NY 10036

Harsh Pardia
c/o Gary Rosen, Esq.
Rosen Law
216 Lakeville Rd.
Great Neck, NY 11020

HFZ Capital Group LLC
c/o Y. David Scharf, Esq.
Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022

YH Lex Estates LLC
c/o Kestadt Winters Jureller Southard Steven
2002 West 41st Street
17th Floor
New York, NY 10036

YH Lex Estates LLC
c/o Susman Godfrey L.L.P.
1301 Avenue of the Americas
332nd Floor
New York, NY 10019

Ziel Feldman
600 Madison Avenue, FL 15
New York, NY 10022

Smithtown Partners
40 Meadow Lane
Southampton, NY 11968

76 Eleventh Avenue Property Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

CF HFZ, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 235 West 53rd Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 344 West 72nd Street Owners, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 88 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 90 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Bryant Part Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Capital Group LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ KIK 30th Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Residential Collection, LLC
600 Madison Avenue
15th Floor
New York 10022

Ziel Feldman
11 East 68th Street
New York, NY 10065

Advantage Title Agency, Inc.
201 Old Country Road
Melville, NY 11747