# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EAM 40 MEADOW LANE LLC, <br><br> Debtor. | Case No. 22-10293 (BLS) <br><br> Chapter 7 <br><br> Related Doc. No. 22 |
| In re: <br><br> EZL 40 MEADOW LANE LLC, <br><br> Debtor. | Case No. 22-10294 (BLS) <br><br> Chapter 7 <br><br> Related Doc. No. 16 |

### ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND TO SCHEDULE AN EXPEDITED HEARING WITH RESPECT TO CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YH LEX ESTATES LLC PURSUANT TO FED. R. BANKR. P. 9019

Upon the Motion of George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of EAM 40 Meadow Lane LLC ("EAM") and EZL 40 Meadow Lane LLC ("EZL" and together with EAM, the "Debtors") for entry of an order shortening the notice period and setting an expedited hearing to consider the 9019 Motion; and upon consideration of the 9019 Motion and all pleadings related thereto; and due and proper notice of the 9019 Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Bankruptcy Court has jurisdiction to consider the 9019 Motion in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due, and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

1

2. A hearing to consider the 9019 Motion shall be held on ~~April~~ May 2, 2022 at 10:00 am ET.

3. Objections to the 9019 Motion, if any, ~~must be filed with the Bankruptcy Court and served upon counsel for the Trustee so as to be received no later than April __, 2022 at _____.~~ may be raised at the hearing. BLS

4. The Trustee shall serve a copy of this Order on the Notice Parties via overnight delivery and/or e-mail within one (1) business day of entry of this Order.

*[Signature]*

4/27/2022

LEGAL\57639686\2 8888888/00802781
04/25/2022