## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EAM 40 MEADOW LANE LLC, | ) | 22-10293 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| EZL 40 MEADOW LANE LLC, | ) | Case No. 22-10294 (BLS) |
| | ) | |
| Debtor. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Tracy L. Klestadt, Esq. to represent YH Estates Lex LLC in this action.

Dated: April 27, 2022　　　　　　　　　　　KLEIN LLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Julia Klein*
　　　　　　　　　　　　　　　　　　　　　Julia B. Klein (No. 5198)
　　　　　　　　　　　　　　　　　　　　　224 West 14th Street, Suite 100
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey, the Court of Appeals for the Second Circuit, and the U.S. District Courts of the Southern and Eastern Districts of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: April 27, 2022　　　　　　　　　　　*/s/ Tracy L. Klestadt*
　　　　　　　　　　　　　　　　　　　　　Tracy L. Klestadt, Esq.
　　　　　　　　　　　　　　　　　　　　　KLESTADT WINTERS JURELLER
　　　　　　　　　　　　　　　　　　　　　SOUTHARD & STEVENS, LLP
　　　　　　　　　　　　　　　　　　　　　200 West 41st Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.