**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> EAM 40 MEADOW LANE LLC, <br><br>            Debtor. | Case No. 22-10293 (BLS) <br><br> Chapter 7 |
| In re: <br><br> EZL 40 MEADOW LANE LLC, <br><br>            Debtor. | Case No. 22-10294 (BLS) <br><br> Chapter 7 |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 2, 2022 AT 10:00 A.M. (ET)**

> You are invited to a ZoomGov meeting [1]
>
> TOPIC:  EAM 40 Meadow Lane LLC, Case No. 22-10293 (BLS) and
> EZL 40 Meadow Lane LLC, Case No. 22-10294 (BLS)
>
> When: May 2, 2022 at 10:00 a.m. Eastern Time (US and Canada)
>
> Hearing participants must register in advance for this hearing via the following link:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsc--orz8pHaceScGmuXMDsi8oaMIKM0E
>
> After registering, you will receive a confirmation email containing
> information about joining the meeting.

**CONTESTED MATTERS GOING FORWARD:**

1. Motion of Chapter 7 Trustee for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019
   [Filed 4/25/2022; Docket No. 21 / 15]

   Related Documents:   (a)   Order Granting Motion to Shorten Notice Period and to Schedule An Expedited Hearing With Respect to Chapter 7 Trustee's Motion for Order Approving Stipulation Between YH LEX Estates, LLC
   [Filed 4/25/2022; Docket No. 27 / 18]

---

[1] CourtCall will NOT be used for this hearing.

|  |  |  |
|---|---|---|
|  | (b) | Proposed Order |
| Objection Deadline: |  | Objections may be raised at the hearing on May 2, 2022 at 10:00 a.m. ET. |
| Responses Received: | (c) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 Filed by EAM 40 Meadow Lane LLC [Filed 4/26/2022; Docket No. 23] |
|  | (d) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 Filed by Ermitage One, LLC, Ranee A. Bartolacci [Filed 4/26/2022; Docket No. 24] |
|  | (e) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Filed by YH Lex Estates LLC [Filed 4/26/2022; Docket No. 26] |
| Status: |  | This matter is going forward. |

Dated: April 28, 2022
     Wilmington, Delaware

COZEN O'CONNOR

By:  /s/ *John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Proposed counsel to George L Miller, Chapter 7 Trustee*

LEGAL\57713550\1 8888888/00801684