# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>　　　　　　Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>　　　　　　Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |

### AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2022 AT 10:00 A.M. (ET)

> You are invited to a ZoomGov meeting [2]
>
> TOPIC:　EAM 40 Meadow Lane LLC, Case No. 22-10293 (BLS) and
> 　　　　　EZL 40 Meadow Lane LLC, Case No. 22-10294 (BLS)
>
> When: May 2, 2022 at 10:00 a.m. Eastern Time (US and Canada)
>
> Hearing participants must register in advance for this hearing via the following link:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsc--orz8pHaceScGmuXMDsi8oaMIKM0E
>
> After registering, you will receive a confirmation email containing information about joining the meeting.

### CONTESTED MATTERS GOING FORWARD:

1. Motion of Chapter 7 Trustee for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 [Filed 4/25/2022; Docket No. 21 / 15]

---

[1] Amendments appear in **bold**.

[2] CourtCall will NOT be used for this hearing.

| | | |
|---|---|---|
| Related Documents: | (a) | Order Granting Motion to Shorten Notice Period and to Schedule An Expedited Hearing With Respect to Chapter 7 Trustee's Motion for Order Approving Stipulation Between YH LEX Estates, LLC<br>[Filed 4/25/2022; Docket No. 27 / 18] |
| | (b) | Proposed Order |
| Objection Deadline: | | Objections may be raised at the hearing on May 2, 2022 at 10:00 a.m. ET. |
| Responses Received: | (c) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 Filed by EAM 40 Meadow Lane LLC<br>[Filed 4/26/2022; Docket No. 23] |
| | (d) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 Filed by Ermitage One, LLC, Ranee A. Bartolacci<br>[Filed 4/26/2022; Docket No. 24] |
| | (e) | Letter to the Honorable Brendan L. Shannon Regarding Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Filed by YH Lex Estates LLC<br>[Filed 4/26/2022; Docket No. 26] |
| | **(f)** | **Debtors' Opposition to Motion of Chapter 7 Trustee For an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019**<br>**[Filed 4/29/2022; Docket No. 33 / 24]** |
| Status: | | This matter is going forward. |

LEGAL\57713550\2 8888888/00801684

Dated: May 2, 2022  
      Wilmington, Delaware

COZEN O'CONNOR

By:   /s/ *John T. Carroll, III*

John T. Carroll, III (DE No. 4060)  
1201 N. Market Street  
Suite 1001  
Wilmington, DE 19801  
(302) 295-2028 Phone  
(302) 295-2013 Fax No.  
jcarroll@cozen.com

*Proposed counsel to George L Miller, Chapter 7 Trustee*

3