UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-10293 (BLS) |
| EAM 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | Related Doc. No. 21 |
| In re: | Case No. 22-10294 (BLS) |
| EZL 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | Related Doc. No. 15 |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YH LEX ESTATES LLC PURSUANT TO FED. R. BANKR. P. 9019**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of EAM 40 Meadow Lane LLC ("EAM") and EZL 40 Meadow Lane LLC ("EZL" and together with EAM, the "Debtors"), hereby certifies the following:

1. On April 6, 2022, (the "Petition Date"), each of the Debtors commenced these bankruptcy cases (the "Bankruptcy Cases") by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this Bankruptcy Court.

2. On the Petition Date, the Office of the United States Trustee appointed the Trustee to serve as the duly authorized trustee for the Estates of the Debtors.

3. On April 25, 2022 the Trustee through his counsel filed the *Motion of Chapter 7 Trustee for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019* [Filed 4/25/2022; Docket No. 21/15] (the "Motion").

4.       A hearing was held before this Court on May 2, 2022 to consider the Motion and objections thereto.

5.       Pursuant to the Court's directive a copy of the proposed Order as originally filed with the Motion approving the Motion is attached hereto as Exhibit "A" and is hereby submitted for the Court's consideration.

Date: May 2, 2022  
Wilmington, Delaware

COZEN O'CONNOR

*/s/ John T. Carroll, III*  
John T. Carroll, III (DE No. 4060)  
1201 North Market Street  
Suite 1001  
Wilmington, DE 19801  
302-295-2028 Telephone  
302-295-2013 Facsimile  
Email: jcarroll@cozen.com

*Proposed counsel for the Chapter 7 Trustee, George L. Miller*