# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-10293 (BLS) |
| EAM 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | **Related Doc. No.** 21 |
| In re: | Case No. 22-10294 (BLS) |
| EZL 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | **Related Doc. No.** 15 |

## ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YH LEX ESTATES LLC PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the motion (the "Motion")[1] by George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (the "Debtors"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), seeking an order approving the stipulation by and between the Trustee and YH Lex Estates LLC ("YH"), a copy of which was attached to the Motion, incorporated therein and marked as Exhibit "1" (the "Stipulation"); the Bankruptcy Court being satisfied that the Stipulation is a fair and equitable settlement which meets or exceeds the required range of reasonableness, the relief requested in the Motion is in the best interests of the Estates and the Debtors' creditors, and sufficient notice of the Motion and opportunity for a hearing has been given; and upon due deliberation,

---

[1] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion to the Notice Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3. The Stipulation attached as Exhibit "1" to the Motion is **APPROVED**.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Stipulation.

5. To the extent necessary to effectuate the terms of the Stipulation, any stay of the Proceeding under section 362 of the Bankruptcy Code is hereby lifted *nunc pro tunc* to the Petition Date. The 14-day stay under Bankruptcy Rule 4001(a)(3) is waived and shall not apply to the Stipulation, which shall be immediately effective upon the entry of this Order on the docket.

6. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Stipulation and/or this Order.