**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7<br><br>**Related Doc. No. 27** |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7<br><br>**Related Doc. No. 18** |

**CERTIFICATE OF SERVICE REGARDING ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND TO SCHEDULE AN EXPEDITED HEARING WITH RESPECT TO CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YH LEX ESTATES LLC PURSUANT TO FED. R. BANKR. P. 9019**

I, John T. Carroll, III, proposed counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") for the Estates of the above-captioned Debtors hereby certify that on April 27, 2022, the following pleading was electronically docketed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"):

- Order Granting Motion to Shorten Notice Period and to Schedule an Expedited Hearing with Respect to Chapter 7 Trustee's Motion for an Order Approving Stipulation Between Chapter 7 Trustee and YH Lex Estates LLC Pursuant to Fed. R. Bankr. P. 9019 [Doc. No. 27/18] (the "Order Granting Motion to Shorten").

Notice of docketing the Order Granting Motion to Shorten was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned matter identified on the email service list attached hereto as Exhibit "A".

I further certify that on April 27, 2022, I caused a copy of the Order Granting Motion to Shorten to be served via e-mail transmission, overnight mail and/or express mail on the parties identified on the service list attached hereto as Exhibit "B".

Dated: May 3, 2022  
       Wilmington, Delaware

COZEN O'CONNOR

By:   /s/ *John T. Carroll, III*  
     John T. Carroll, III (DE No. 4060)  
     1201 N. Market Street  
     Suite 1001  
     Wilmington, DE 19801  
     (302) 295-2028 Phone  
     (302) 295-2013 Fax No.  
     jcarroll@cozen.com

*Proposed counsel to George L Miller, Chapter 7 Trustee*

# EXHIBIT "A"

**22-10293/22-10294-BLS Notice will be electronically mailed to:**

Tracy Lee Klestadt on behalf of Interested Party YH Lex Estates LLC
tklestadt@klestadt.com

Eric J. Monzo on behalf of Interested Party Ermitage One, LLC
emonzo@morrisjames.com, wweller@morrisjames.com; ddepta@morrisjames.com; slisko@morrisjames.com

Eric J. Monzo on behalf of Interested Party Ranee A. Bartolacci
emonzo@morrisjames.com, wweller@morrisjames.com; ddepta@morrisjames.com; slisko@morrisjames.com

Richard L. Schepacarter on behalf of U.S. Trustee U.S. Trustee
richard.schepacarter@usdoj.gov

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Matthew P. Ward on behalf of Debtor EAM 40 Meadow Lane LLC
matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com

# EXHIBIT "B"

**Via Email**

Matthew P. Ward, Esq.
Lisa Tancredi, Esq.
Heidi Sasso, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street
Suite 1200
Wilmington, DE 19801
Matthew.Ward@wbd-us.com
Lisa.Tancredi@wbd-us.com
*Counsel to the Debtor*

Richard Schepacarter
Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Richard.Schepacarter@usdoj.gov

Tracy L. Klestadt, Esq.
Kathleen Aiello, Esq.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street
17th Floor
New York, New York 10036-7023
tklestadt@klestadt.com
kaiello@klestadt.com
*Counsel to YH Lex Estates LLC*

Mark H. Hatch-Miller, Esq.
Jennifer Dayrit, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
mhatch-miller@susmangodfrey.com
jdayrit@susmangodfrey.com
*Counsel to YH Lex Estates LLC*

2

Pankjak Malik, Esquire
YK Law
32 E. 57th Street
8th Floor
New York, NY  10022
pmalik@yklaw.us
*Counsel to Ranee A. Bartolacci and Ermitage One, LLC*

Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899
emonzo@morrisjames.com
*Counsel to Ranee A. Bartolacci and Ermitage One, LLC*

Jonathan Pasternaki, Esq.
Peter M. Ripin, Esq.
Richard Wolter, Esq.
Robert Leslie Rattet, Esq.
Larry Hutcher, Esq.
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158
jsp@dhclegal.com
pmr@dhclegal.com
rw@dhclegal.com
rlr@dhclegal.com
lhk@dhclegal.com
*Counsel to Nir Meir*

David E. Ross, Esq.
Morrison Cohen LLP
909 Third Avenue
27th Floor
New York, NY 10022
dross@morrisoncohen.com

3

Andrew Heymann, Esq.
Solomon Blum Heymann LLP
40 Wall Street
35th Floor
New York, NY 10005
aheymann@solblum.com

Atlantic Specialty Insurance Company
c/o Adam P. Friedman
Chiesa Shahinian & Giantomasi PC
11 Time Square
New York, NY 10036
afriedman@csglaw.com

HFZ Capital Group LLC
c/o Y. David Scharf, Esq.
Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022
dscharf@morrisoncohen.com


**Via Federal Express**

Atlantic Specialty Insurance Company
605 Highway 169 North
Suite 800
Plymouth, Minnesota 55441

HFZ Capital Group LLC
Attn.: Ziel Feldman
600 Madison Avenue, FL 15
New York, NY 10022

YH Lex Estates LLC
40 Wall Street
35th Floor
New York, NY 10005

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

4

Securities and Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE 19904

NY Stone & Tile
31 Howell Street
Jersey City, NJ 07306

NY Stone & Tile
30 West 21st Street
New York, NY 10010

NY Stone & Tile
Business Solutions
3516 Flatlands Avenue
Brooklyn, NY 11234

ConnectOne Bank
301 Sylvan Ave
Englewood Cliffs, NJ 07632-2539
Signature Bank
261 Madison Avenue
New York, NY 10016

Ermitage One LLC
c/o Howard Presant
Davidoff Hutcher & Citron
605 Third Avenue
New York, NY 10158

Ermitage One LLC
1826 West 23rd Street
Miami Beach, FL 33140

Nir Meir
600 Madison Avenue
15th Floor
New York, NY 10022

5

Nir Meir
1826 West 23rd Street
Miami Beach, FL 33140

Ranee A. Bartolacci
600 Madison Avenue
15th Floor
New York, NY 10022

Ranee A. Bartolacci
1826 West 23rd Street
Miami Beach, FL 33140

NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

Town of Southampton Taxing Authority
116 Hampton Road
Southampton, NY 11968

Suffolk County Taxing Authority
Riverhead County Center
300 Center Drive
Riverhead, NY 11901

Suffolk County Taxing Authority
Riverhead County Center
County Road 51
Riverhead, NY 11901

Harsh Pardia
c/o Gary Rosen, Esq.
Rosen Law
216 Lakeville Rd.
Great Neck, NY 11020

YH Lex Estates LLC
c/o Kestadt Winters Jureller Southard Steven
2002 West 41st Street
17th Floor
New York, NY 10036

6

YH Lex Estates LLC
c/o Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Ziel Feldman
600 Madison Avenue, FL 15
New York, NY 10022

Smithtown Partners
40 Meadow Lane
Southampton, NY 11968

76 Eleventh Avenue Property Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

CF HFZ, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 235 West 53rd Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 344 West 72nd Street Owners, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 88 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ 90 Lexington Avenue Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

7

HFZ Bryant Part Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Capital Group LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ KIK 30th Street Owner, LLC
600 Madison Avenue
15th Floor
New York 10022

HFZ Residential Collection, LLC
600 Madison Avenue
15th Floor
New York 10022

Ziel Feldman
11 East 68th Street
New York, NY 10065

Advantage Title Agency, Inc.
201 Old Country Road
Melville, NY 11747

**Service via Express Mail**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300

8

Suffolk County Taxing Authority
H. Lee Dennison Bldg
100 Veterans Memorial Hwy
P.O. Box 6100
Hauppauge, NY 11788