# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>EAM 40 Meadow Lane LLC<br><br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022<br>   **EIN:** 46−3004553 | **Chapter:** 7<br><br><br><br><br><br>**Case No.:** 22−10293−BLS |

## NOTICE THAT THERE ARE ASSETS FROM
## WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

_____

Una O'Boyle, Clerk of Court

Dated: 5/1/22
(VAN−043)

United States Bankruptcy Court

District of Delaware

In re:                                                                                            Case No. 22-10293-BLS

EAM 40 Meadow Lane LLC                                                  Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                                          User: admin                                          Page 1 of 3

Date Rcvd: May 02, 2022                            Form ID: van043                                Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EAM 40 Meadow Lane LLC, 600 Madison Avenue, 15th Floor, New York, NY 10022-1761 |
| 17471159 | + | 76 Eleventh Avenue Property Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471170 | + | Advantage Title Agency, Inc., 201 Old Country Road, Melville, NY 11747-2799 |
| 17443064 | + | Andrew Heymann, Esq., Solomon Blum Heymann LLP, 40 Wall Street, 35th Floor, New York, NY 10005-1324 |
| 17443061 | + | Atlantic Specialty Insurance Company, 605 Highway 169 North, Suite 800, Plymouth, Minnesota 55441-6533 |
| 17471152 | + | Atlantic Specialty Insurance Company, c/o Adam P. Friedman, Chiesa Shahinian & Giantomasi PC, 11 Time Square, New York, NY 10036-6600 |
| 17471160 | + | CF HFZ, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17443077 | | ConnectOne Bank, 301 Sylvan Ave, Englewood Cliffs, NJ 07632-2539 |
| 17443063 | + | David E. Ross, Esq.fnir, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, NY 10022-4784 |
| 17443076 | + | Davidoff Hutcher & Citron, Attn.: Jonathan Pasternak, Esq., 605 Third Avenue, New York, NY 10158-3499 |
| 17443072 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |
| 17443079 | + | Ermitage One LLC, c/o Howard Presant, Davidoff Hutcher & Citron, 605 Third Avenue, New York, NY 10158-3499 |
| 17471161 | + | HFZ 235 West 53rd Street Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471162 | + | HFZ 344 West 72nd Street Owners, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471163 | + | HFZ 88 Lexington Avenue Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471164 | + | HFZ 90 Lexington Avenue Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471165 | + | HFZ Bryant Part Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471166 | + | HFZ Capital Group LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17443062 | + | HFZ Capital Group LLC, Attn.: Ziel Feldman, 600 Madison Avenue, FL 15, New York, NY 10022-1761 |
| 17471154 | + | HFZ Capital Group LLC, c/o Y. David Scharf, Esq., Morrison Cohen, LLP, 909 Third Avenue, New York, NY 10022-4784 |
| 17471167 | + | HFZ KIK 30th Street Owner, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471168 | + | HFZ Residential Collection, LLC, 600 Madison Avenue, 15th Floor, New York 10022-1761 |
| 17471153 | + | Harsh Pardia, c/o Gary Rosen, Esq., Rosen Law, 216 Lakeville Rd., Great Neck, NY 11020-1404 |
| 17443066 | + | Mark H. Hatch-Miller, Esq., Susman Godfrey LLP, 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019-7736 |
| 17443073 | + | NY Stone & Tile, 31 Howell Street,, Jersey City, NJ 07306-6206 |
| 17443074 | + | NY Stone & Tile, 30 West 21st Street,, New York, NY 10010-6952 |
| 17443075 | + | NY Stone & Tile, Business Solutions, 3516 Flatlands Avenue, Brooklyn, NY 11234-2619 |
| 17443084 | | NYS Dept. of Tax & Finance, POB 5300, Bankruptcy Unit, Albany, NY 12205-0300 |
| 17443083 | + | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |
| 17443081 | + | Nir Meir, 600 Madison Avenue, 15th Floor, New York, NY 10022-1761 |
| 17443082 | + | Ranee A. Bartolacci, 600 Madison Avenue, 15th Floor, New York, NY 10022-1761 |
| 17443078 | + | Signature Bank, 261 Madison Avenue, New York, NY 10016-2303 |
| 17471158 | + | Smithtown Partners, 40 Meadow Lane, Southampton, NY 11968-4631 |
| 17443086 | + | Suffolk County Taxing Authority, H. Lee Dennison Bldg, 100 Veterans Memorial Hwy, P.O. Box 6100, Hauppauge, NY 11788-0099 |
| 17443087 | + | Suffolk County Taxing Authority, Riverhead County Center, 300 Center Drive, Riverhead, NY 11901-3393 |
| 17443088 | | Suffolk County Taxing Authority, Riverhead County Center, County Road 51, Riverhead, NY 11901 |
| 17443085 | + | Town of Southampton Taxing Authority, 116 Hampton Road, Southampton, NY 11968-4934 |
| 17443080 | + | Womble Bond Dickinson (US) LLP, Attn.: Matthew P. Ward, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801-6103 |
| 17443065 | + | YH Lex Estates LLC, 40 Wall Street, 35th Floor, New York, NY 10005-1324 |
| 17471155 | | YH Lex Estates LLC, c/o Kestadt Winters Jureller Southard St, 2002 West 41st Street, 17th Floor, New York, NY 10036 |
| 17471156 | + | YH Lex Estates LLC, c/o Susman Godfrey L.L.P., 1301 Avenue of the Americas, 332nd Floor, New York, NY 10019-6022 |
| 17471157 | + | Ziel Feldman, 600 Madison Avenue, FL 15, New York, NY 10022-1761 |
| 17471169 | + | Ziel Feldman, 11 East 68th Street, New York, NY 10065-4955 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: BGLMILLER | May 03 2022 00:13:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 17443135 | + Email/Text: michael.brittingham@delaware.gov | May 02 2022 20:00:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 17443069 | EDI: IRS.COM | May 03 2022 00:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 17443089 | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 02 2022 20:00:00 | Office of the United States Trustee, U.S. Department of Justice, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801-3519 |
| 17443070 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | May 02 2022 20:00:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 17443067 | + Email/Text: secbankruptcy@sec.gov | May 02 2022 20:00:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 17443068 | + Email/Text: nyrobankruptcy@sec.gov | May 02 2022 20:00:00 | Securities and Exchange Commission, New York Regional Office, Attn: Andrew Calamari, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |
| 17443134 | + Email/Text: REV_Bankruptcy_General@state.de.us | May 02 2022 20:00:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17443071 | *+ | Securities and Exchange Commission, New York Regional Office, Attn: Andrew Calamari, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-5520 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric J. Monzo | on behalf of Interested Party Ranee A. Bartolacci emonzo@morrisjames.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: van043 | Total Noticed: 51 |

wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Eric J. Monzo
    on behalf of Interested Party Ermitage One LLC emonzo@morrisjames.com,
    wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

George L. Miller
    gmiller@mctllp.com lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com

John T. Carroll, III
    on behalf of Trustee George L. Miller jcarroll@cozen.com
    jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Julia Bettina Klein
    on behalf of Interested Party YH Lex Estates LLC klein@kleinllc.com

Julia Bettina Klein
    on behalf of Interested Party YH Estates Lex LLC klein@kleinllc.com

Matthew P. Ward
    on behalf of Debtor EAM 40 Meadow Lane LLC matthew.ward@wbd-us.com Heidi.sasso@wbd-us.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Tracy Lee Klestadt
    on behalf of Interested Party YH Lex Estates LLC tklestadt@klestadt.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 10