# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7<br><br>**Hearing Date: June 8, 2022 at 11:00 a.m. (ET)**<br>**Objection Date: May 23, 2022 at 4:00 p.m. (ET)** |

### NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF APRIL 6, 2022

**PLEASE TAKE NOTICE** that George L. Miller, in his capacity as the chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (collectively, the "Debtors"), filed an *Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of April 6, 2022* in the bankruptcy cases of the above-captioned Debtors (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court and served so as to actually be received by **4:00 p.m. (Eastern Time) on May 23, 2022** (the "Objection Date") by the undersigned. If no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter the Order to the Application without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed by the Objection Date in accordance with the above procedures, a hearing on the Application will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 North Market St., 6th floor, Courtroom No. 1, Wilmington, DE 19801 **on June 8, 2022 at 11:00 a.m. (Eastern).** Only those objections made in writing, timely filed, and served in accordance with the above procedure will be considered at and receive notice of such hearing.

Dated: May 6, 2022
       Wilmington, Delaware

COZEN O'CONNOR

By: /s/ *John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Proposed counsel to George L Miller, Chapter 7 Trustee*