**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |

**DECLARATION OF WILLIAM A. HOMONY, CIRA, IN SUPPORT OF THE APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF APRIL 6, 2022**

I, William A. Homony, CIRA, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the firm of Miller Coffey Tate LLP ("MCT"), Certified Public Accountants and Consultants, with offices at Eight Penn Center, Suite 950, 1628 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, 19103, and I am authorized to execute this Declaration on behalf of MCT.

2. I do not believe that I, nor any member of MCT, holds or represents any interest adverse to the Trustee or the Debtors' estates.

3. I have reviewed the *Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of April 6,, 2022* (the "Application"), to which this Declaration is annexed, and am aware of the statements contained therein, which statements are true and correct to the best of my knowledge information and belief.

4. Disclosure with respect to whether or not MCT has or has had "connections" with the Debtors' estates, creditors, or other parties-in-interest, their respective attorneys or accountants, insofar as I have been able to ascertain, is set forth below:

    a.    MCT has compared the parties identified on **Schedule 1** to the list of MCT's current and former engagements and clients. No connections were found, except as noted in this Declaration.

    b.    MCT may have appeared and may appear in the future in other cases unrelated to the Debtors' estate where the Debtors' counsel, creditors or other parties-in-interest herein, or their representatives, may be involved.

    c.    To the extent that MCT discovers any connection with any interested party or enters into any new relationship with any interested party, MCT will promptly supplement its disclosure to the Court.

    d.    To the best of my knowledge, information and belief, neither I nor any personnel of MCT is a relative of any judges who serve at the United States Bankruptcy Court for the District of Delaware, including Judge Brendan L. Shannon, the presiding judge in this case.

    e.    To the best of my knowledge, information and belief, neither I nor any personnel of MCT is neither a relative of the United States Trustee for the District of Delaware or any personnel of Office of the United States Trustee for the District of Delaware.

5.    MCT is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code.

6.    Except as otherwise set forth in the Application and Declaration, MCT has no connection with the Debtors, any creditor or any other party in interest, their respective attorneys or accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

MILLER COFFEY TATE LLP

Dated: May 6, 2022

/s/ William A. Homony
William A. Homony, CIRA
Eight Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
Telephone: (215) 561-0950

## Schedule 1

**Debtors:**
EAM 40 Meadow Lane LLC
EZL 40 Meadow Lane LLC

**Members/Directors:**
Nir Meir
Ranee Bartolacci
Ermitage One LLC

**Creditors:**
All creditors identified on the Debtors' Bankruptcy Schedules

**Bankruptcy Judges:**
The Honorable Laurie Selber Silverstein
The Honorable John T. Dorsey
The Honorable Craig T. Goldblatt
The Honorable Karen B. Owens
The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable J. Kate Stickles
The Honorable Mary F. Walrath
The Honorable Ashley M. Chan

**Trial Attorneys for the Office of the United States Trustee:**

| | |
|---|---|
| T. Patrick Tinker | Hannah M. McCollum |
| David Buchbinder | Joseph McMahon |
| Linda Casey | Linda Richenderfer |
| Joseph Cudia | Juliet Sarkessian |
| Timothy J. Fox, Jr. | Richard Schepacarter |
| Benjamin Hackman | Rosa Sierra |
| Jane Leamy | |

**Staff of the Office of the U.S. Trustee:**

| | |
|---|---|
| Lauren Attix | Nyanquoi Jones |
| Denis Cooke | James R. O'Malley |
| Holly Dice | Angelique Okita |
| Shakima L. Dortch | Michael Panacio |
| Diane Giordano | Edith A. Serrano |
| Christine Green | Karen Starr |
| Ramona Harris | Dion Wynn |