**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7<br><br>**Hearing Date: June 8, 2022 at 11:00 a.m. (ET)**<br>**Objection Date: June 1, 2022 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION**

**PLEASE TAKE NOTICE** that Cozen O'Connor filed an Application of Chapter 7 Trustee, George L. Miller (the "Trustee"), to Employ Cozen O'Connor as Counsel to the Trustee Nunc Pro Tunc as of April 11, 2022 in the bankruptcy cases of the above-captioned Debtors (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court and served so as to actually be received by **4:00 p.m. Eastern Time on June 1, 2022** (the "Objection Date") by the undersigned. If no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter the Order to the Application without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed by the Objection Date in accordance with the above procedures, a hearing on the Application will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, 824 North Market

St., 6th floor, Courtroom No. 1, Wilmington, DE 19801 **on June 8, 2022 at 11:00 a.m. (Eastern).** Only those objections made in writing, timely filed, and served in accordance with the above procedure will be considered at and receive notice of such hearing.

|  |  |
|---|---|
| Dated:  May 10, 2022 | COZEN O'CONNOR |
|  | By: */s/ John T. Carroll III* |
|  | John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com |
|  | *Proposed Counsel to George L. Miller, Chapter 7 Trustee* |

2