**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 22-10293 (BLS) |
| EAM 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | Related Doc. No. _____ |
| In re: | Case No. 22-10294 (BLS) |
| EZL 40 MEADOW LANE LLC, | Chapter 7 |
| Debtor. | Related Doc. No. _____ |

**ORDER GRANTING APPLICATION OF CHAPTER 7**
**TRUSTEE, GEORGE L. MILLER, TO EMPLOY COZEN O'CONNOR AS COUNSEL**
**TO THE TRUSTEE NUNC PRO TUNC AS OF APRIL 11, 2022**

Upon consideration of the Application of Chapter 7 Trustee, George L. Miller (the "Trustee"),[1] to Employ Cozen O'Connor ("Cozen O'Connor") as Counsel to the Trustee *Nunc Pro Tunc* as of April 11, 2022 (the "Application") for the estates of EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC, the above-captioned Debtors (collectively, the "Debtors" or "Estates"), and pursuant to the Declaration of John T. Carroll, III (the "Declaration") in support of the Application; and the Court being satisfied that (i) Cozen O'Connor is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and does not hold or represent any interest adverse to the Estates, (ii) that retention of Cozen O'Connor as general bankruptcy counsel for Trustee is necessary and in the best interest of the Estates; (iii) appropriate notice of the Application has been given; and (iv) sufficient cause appears therefore,

IT IS ORDERED THAT:

1. The Application is approved, as set forth herein.

---

[1] Capitalized terms shall have the same meaning ascribed to them in the Application.

LEGAL\57880984\2 6010823/00551865

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Trustee is hereby authorized to employ and retain Cozen O'Connor as counsel to the Trustee, nunc pro tunc as of April 11, 2022.

3. Cozen O'Connor shall file applications and be compensated and reimbursed for expenses in accordance with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.