# EXHIBIT A

## Chart of Subsequent Transfers

**EAM 40 Meadow Lane LLC**
**Transfers to Ahmad Yousf Kamal**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferor | Transferor Account |
|---|---|---|---|---|
| 9/22/2021 | Wire | $ 150,000.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 |
| 9/23/2021 | Wire | $ 50,000.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 |
| 9/24/2021 | Wire | $ 58,487.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 |
| 9/28/2021 | Wire | $ 2,583.42 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 |
| **Total** | | **$ 261,070.42** | | |

**Note: All transferred funds sourced from Debtor EAM Sale Proceeds of 40 Meadow Lane property**