# **EXHIBIT A**

## **Chart of Subsequent Transfers**

**EAM 40 Meadow Lane LLC**
**Transfers to Jordan Vogel**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferor | Transferor Account |
|---|---|---|---|---|
| 4/5/2021 | Wire | $ 200,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| **Total** | | **$ 200,000.00** | | |

**Note: All transferred funds sourced from Debtor EAM Sale Proceeds of 40 Meadow Lane property**