# **EXHIBIT A**

**Chart of Subsequent Transfers**

**EAM 40 Meadow Lane LLC**
**Transfers to Nino Cohen**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferor | Transferor Account |
|---|---|---|---|---|
| 4/5/2021 | Wire | $ 200,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 4/7/2021 | Wire | $ 50,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 4/16/2021 | Wire | $ 50,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 6/1/2021 | Check #1003 | $ 100,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 6/29/2021 | Check #1004 | $ 100,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 7/29/2021 | Check #1005 | $ 100,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 9/27/2021 | Wire | $ 35,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 10/1/2021 | Wire | $ 45,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 10/5/2021 | Wire | $ 20,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| Unknown | Unknown | $ 350,000.00 | BGSA Wholesale LLC | Unknown |
| **Total** | | **$ 1,050,000.00** | | |

**Note: All transferred funds sourced from Debtor EAM Sale Proceeds of 40 Meadow Lane property**