# EXHIBIT "A"

**EAM 40 Meadow Lane LLC**
**Transfers to Ermitage One LLC**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferee | Tranferee Account | Description |
|---|---|---|---|---|---|
| 4/5/2021 | Wire | $ 2,000,000.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 | Transfer from Advantage Title Agency, Inc. sourced from EAM Sale Proceeds of 40 Meadow Lane property |
| 6/1/2021 | Wire | $ 200,000.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 | Transfer from Advantage Title Agency, Inc. sourced from EAM Sale Proceeds of 40 Meadow Lane property |
| **Total Transfers** | | **$ 2,200,000.00** | | | |