# EXHIBIT "B"

**EAM 40 Meadow Lane LLC**
**Transfers to Ranee A. Bartolacci**
**Exhibit B**

| Transfer Date | Transfer Method | Transfer Amount | Transferee | Tranferee Account | Description |
|---|---|---|---|---|---|
| 4/5/2021 | Wire | $ 10,587,387.52 | Ranee A. Bartolacci | JPMorgan Chase Bank, N.A. Account #5760 | Transfer from Advantage Title Agency, Inc. sourced from EAM Sale Proceeds of 40 Meadow Lane property |