# EXHIBIT "C"

# L21000315329

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000369899600



FILED 2021 JUL 29 AM 8:50 SECRETARY OF STATE TALLAHASSEE, FL

RECEIVED 2021 JUL 29 PM 3:52 TALLAHASSEE, FLORIDA

CORPORATION SERVICE COMPANY
1201 Hays Street
Tallhassee, FL  32301
Phone: 850-558-1500

```
                    ACCOUNT NO.   :  I20000000195
                    REFERENCE     :  934743          4321898
                    AUTHORIZATION :
                    COST LIMIT    :  $ 50.00
```
---

ORDER DATE : July 29, 2021

ORDER TIME : 12:50 PM

ORDER NO.  : 934743-005

CUSTOMER NO: 4321898

---

### ARTICLES OF MERGER

ERMITAGE ONE LLC

INTO

ERMITAGE ONE LLC

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____  CERTIFIED COPY
XX\_\_\_\_\_   PLAIN STAMPED COPY

CONTACT PERSON: Alexxis Weiland

EXAMINER'S INITIALS: _____

# COVER LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Ermitage One LLC
_____
Name of Surviving Party

The enclosed Certificate of Merger and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to:

Lucille Iovino
_____
Contact Person

Davidoff, Hutcher & Citron LLP
_____
Firm/Company

605 Third Avenue
_____
Address

New York, New York  10158
_____
City, State and Zip Code

li@dhclegal.com
_____
E-mail address: (to be used for future annual report notification)


For further information concerning this matter, please call:

Howard Presant _____ at ( 646 ) 428-3282
Name of Contact Person            Area Code   Daytime Telephone Number

☐    Certified copy (optional) $30.00

**STREET ADDRESS:**                **MAILING ADDRESS:**
Amendment Section                  Amendment Section
Division of Corporations           Division of Corporations
Clifton Building                   P. O. Box 6327
2661 Executive Center Circle       Tallahassee, FL  32314
Tallahassee, FL  32301


CR2E080 (2/20)

**Articles of Merger
For
Florida Limited Liability Company**

The following Articles of Merger is submitted to merge the following Florida Limited Liability Company(ies) in accordance with s. 605.1025, Florida Statutes.

**FIRST:** The exact name, form/entity type, and jurisdiction for each **merging** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Ermitage One LLC | NY | LLC |
| | | |
| | | |
| | | |

**SECOND:** The exact name, form/entity type, and jurisdiction of the **surviving** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Ermitage One LLC | FL | LLC |

**THIRD:** The merger was approved by each domestic merging entity that is a limited liability company in accordance with ss.605.1021-605.1026; by each other merging entity in accordance with the laws of its jurisdiction; and by each member of such limited liability company who as a result of the merger will have interest holder liability under s.605.1023(1)(b).



FILED 2021 JUL 29 AM 8:50 SECRETARY OF STATE TALLAHASSEE, FL

**FOURTH:** Please check one of the boxes that apply to surviving entity: (if applicable)

- ☑ This entity exists before the merger and is a domestic filing entity, the amendment, if any to its public organic record are attached.

- ☐ This entity is created by the merger and is a domestic filing entity, the public organic record is attached.

- ☐ This entity is created by the merger and is a domestic limited liability limited partnership or a domestic limited liability partnership, its statement of qualification is attached.

- ☐ This entity is a foreign entity that does not have a certificate of authority to transact business in this state. The mailing address to which the department may send any process served pursuant to s. 605.0117 and Chapter 48, Florida Statutes is:

_____

_____

_____

**FIFTH:** This entity agrees to pay any members with appraisal rights the amount, to which members are entitled under ss.605.1006 and 605.1061-605.1072, F.S.

**SIXTH:** If other than the date of filing, the delayed effective date of the merger, which cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State:

_____

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**SEVENTH:** Signature(s) for Each Party:

| Name of Entity/Organization: | Signature(s): | Typed or Printed Name of Individual: |
|---|---|---|
| Ermitage Once LLC | [signature] | Ranee Bartolacci ( NY) |
| Ermitage One LLC | [signature] | Ranee Bartolacci (FL) |

Corporations: Chairman, Vice Chairman, President or Officer
*(If no directors selected, signature of incorporator.)*
General partnerships: Signature of a general partner or authorized person
Florida Limited Partnerships: Signatures of all general partners
Non-Florida Limited Partnerships: Signature of a general partner
Limited Liability Companies: Signature of an authorized person

[Stamp: SECRETARY OF STATE TALLAHASSEE FL 2021 JUL 29 AM 8:50 FILED]

**Fees:**

| | | | |
|---|---|---|---|
| For each Limited Liability Company: | $25.00 | For each Corporation: | $35.00 |
| For each Limited Partnership: | $52.50 | For each General Partnership: | $25.00 |
| For each Other Business Entity: | $25.00 | **Certified Copy (optional):** | $30.00 |