EXHIBIT "A"

**EAM 40 Meadow Lane LLC**
**Transfers to Monroe Capital Management Advisors**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferee | Tranferee Account | Description |
|---|---|---|---|---|---|
| 4/5/2021 | Wire | $ 22,796,869.28 | Monroe Capital Management Advisors for the benefit of MCAM 40ML Lender LLC | Bank of America, N.A. Account #7983 | Transfer from Advantage Title Agency, Inc. sourced from EAM Sale Proceeds of 40 Meadow Lane property |

The Trustee is only seeking at this time to recover a portion of the Transfer Amount identified on the Defendant's Payoff Statement dated April 5, 2021 as follows:

| | | |
|---|---|---|
| Other Amounts Due | $ 1,000,000.00 | Upon information and belief, transfer in connection with a global settlement between Nir Meir and Monroe Capital and affiliates. |
| Contingent NM Installment Payment | $ 500,000.00 | Transfer in connection with a global settlement between Nir Meir and Monroe Capital and affiliates. |
| Legal | $ 150,000.00 | Transfer in connection with a global settlement between Nir Meir and Monroe Capital and affiliates. |
| | **$ 1,650,000.00** | |