EXHIBIT "B"

MCAM 40ML Lender LLC
c/o Monroe Capital Management Advisors, LLC
311 South Wacker Drive, 64th Floor
Chicago, IL 60606

April 5, 2021

Mr. Nir Meir
EAM 40 Meadow Lane LLC
40 Meadow Lane
Southampton, NY 11968

Ref:    Payoff letter for 40 Meadow Lane ("Payoff Letter")

Mr. Nir Meir:

Reference is made to that certain Mortgage Loan Modification Agreement, dated as of March 19, 2021 (the "Mortgage Loan"), among EAM 40 Meadow Lane LLC (the "Borrower") and MCAM 40ML Lender LLC (the "Lender"). Borrower has requested a payoff letter as of April 5, 2021. As detailed below, the payoff amount as of April 5, 2021 is $22,796,869.28.

| Loan balance | $21,074,571.00 |
|---|---|
| Interest from 3/19-4/5 | $72,298.28 |
| Other amounts due | $1,000,000.00 |
| Contingent NM Installment Payment | $500,000.00 |
| Legal | $150,000.00 |
| Payoff amount as of 4/5/21 | $22,796,869.28 |

This Payoff Letter is valid for a payoff on April 5, 2021 only. If the loan payoff will be after April 5, 2021, a new Payoff Letter must be requested.

The wire instructions for Lender are below.

Wire Instructions For Monroe Capital Management Advisors Funding Account

| | |
|---|---|
| Payee Bank: | Bank of America |
| Bank Location: | Chicago, Illinois |
| Bank ABA #: | 026-009-593 |
| Payee Name: | Monroe Capital Management Advisors Funding Account |
| Payee Acct Number: | 5800987983 |
| Ref: | MCAM 40ML Lender LLC |

[SIGNATURES ON FOLLOWING PAGES]

By:

**LENDER:**

**MCAM 40ML LENDER, LLC,**
a Delaware limited liability company

By: _____
Name: Jason Starr
Title: Authorized Signatory

Signature Page to Payoff Letter

Acknowledged and Agreed:

BORROWER:

EAM 40 MEADOW LANE LLC,
a Delaware limited liability company

By: _____
Name: Nir Meir
Title: Autorized Signtory

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF Suffolk   )

On the 5th day of April, 2021, before me, the undersigned, personally appeared, Nir Meir, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his individual capacity and in his capacity as an authorized officer of Borrower that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the instrument.

WITNESS MY HAND and official seal.

_____
Notary Public

*Notarized pursuant to NYS Executive Order 202. 7 in Putnam County

PATRICIA A. KENNEDY
Notary Public, State of New York
No. 4834291
Qualified in Putnam County
Commission Expires April 30, 2023

Acknowledgement Page to Payoff Letter