EXHIBIT "C"

**EAM 40 Meadow Lane LLC**
**Transfers to Harsh A. Padia**
**Exhibit C**

| Transfer Date | Transfer Method | Transfer Amount | Transferor | Transferor Account | |
|---|---|---|---|---|---|
| 4/5/2021 | Wire | $ 6,040,000.00 | Advantage Title Agency, Inc. | TD Bank Account #5399 | ** |
| 4/30/2021 | Wire | $ 10,402.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 | |
| 6/1/2021 | Wire | $ 10,402.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 | |
| 7/1/2021 | Wire | $ 10,402.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 | |
| 7/29/2021 | Wire | $ 10,402.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 | |
| 9/2/2021 | Wire | $ 10,402.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 | |
| **Total** | | **$ 6,092,010.00** | | | |

**Note: All transferred funds sourced from Debtor EAM Sale Proceeds of 40 Meadow Lane property**

**\*\* Transfer was made to Rosen Law LLC in their capacity as Escrow Agent and/or counsel for the benefit of Harsh A. Padia**