IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR AUGUST 28, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

> This proceeding will be conducted entirely remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures https://www.deb.uscourts.gov/judge-brendan-l-shannon and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[1]

**CONTESTED MATTERS GOING FORWARD:**

1. Pre-Trial Scheduling Conference in Adversary Proceedings

    Status:    Attached as Schedule 1 is a status of the Adversary Proceedings scheduled for a Pre-trial Scheduling Conference.

---

[1] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

1

Date:  August 26, 2024  COZEN O'CONNOR
Wilmington, DE

By:  /s/ *John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Fax No.
Email:  jcarroll@cozen.com
Email:  sfraser@cozen.com

and

Christina M. Sanfelippo
(*Pro Hac Vice forthcoming*)
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 Telephone
Email:  csanfelippo@cozen.com

*Counsel for George L. Miller, Chapter 7 Trustee*

2

# SCHEDULE 1

| **Adversary Actions Being Adjourned** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Ahmad Yousf Kamal | 24-50024 | This adversary action is being adjourned to a date to be determined. Foreign defendant to be served via Hague Convention. |

| **Adversary Actions to be Defaulted** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Anthony B. Tufariello and Kathleen Tufariello | 24-50025 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 2. | Dhruv Piplani | 24-50026 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 3. | Horizon Select LLC | 24-50028 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |

| **Adversary Actions Request Entry of Scheduling Order** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Davidoff, Hutcher & Citron LLP | 24-50035 | The parties have agreed to a final form of Scheduling Order which has been filed under Certification of Counsel [Adv. D.I. 9]. The Parties request entry of the Scheduling Order. |

| **Adversary Actions Parties Exchanging Scheduling Order** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Eric Tanjeloff | 24-50027 | This adversary action is going forward. The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 2. | Jordan Vogel | 24-50029 | This adversary action is going forward. The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 3. | Nino Cohen | 24-50031 | This adversary action is going forward. The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |

| | | | |
|---|---|---|---|
| 4. | Quinn Emanuel Urquhart & Sullivan LLP | 24-50032 | This adversary action is going forward. The Trustee has circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 5. | Ermitage One LLC and Ranee A. Bartolacci | 24-50034 | This adversary action is going forward. The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 6. | MCAM 40ML Lender LLC; Monroe Capital Management Advisors LLC and MC Asset Management (Corporate), LLC | 24-50036 | This adversary action is going forward. The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 7. | Harsh Padia (EAM) | 24-50037 | This adversary action is going forward. The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |
| 8. | Harsh Padia (EZL) | 24-50038 | This adversary action is going forward. The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same. |

LEGAL\72367405\1 6010823/00551865
08/26/2024