## ROTTENSTREICH FARLEY BRONSTEIN
## FISHER POTTER HODAS
### LLP

PETER E. BRONSTEIN
JEFFREY D. FISHER
JONATHAN D. LUPKIN
DAN ROTTENSTREICH
ZACHARY R. POTTER
JOHN O. FARLEY
BENJAMIN T. HODAS
RICHARD I. SEGAL
MEREDITH L. STRAUSS
ERIC A. BUCKLEY

(212) 326-1777
Drottenstreich@rfbllp.com

September 4, 2024

**MANHATTAN**
500 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10022
(212) 956-8300

**PALM BEACH**
515 N. FLAGLER DRIVE, SUITE 800
WEST PALM BEACH, FL 33401
(561) 832-1005

**MIAMI**
201 S. BISCAYNE BLVD. SUITE 840
MIAMI, FL 33131
(305) 921-1880

WWW.RFBLLP.COM

**Via CM-ECF**
Hon. Brendan Linehan Shannon
United States Bankruptcy Court
824 North Market Street, 3rd Floor Wilmington, Delaware 19801

      Re:    *In re EAM 40 Meadow Lane LLC* – Chapter 7 Case No. 22-10293-BLS
             *In re EZL 40 Meadow Lane LLC* – Chapter 7 Case No. 22-10294-BLS

Dear Judge Shannon:

     Our firm has been representing Ranee Bartolacci in various matters, including litigation taking place in New York Supreme Court (New York County) and in her divorce from Nir Meir in Miami-Dade County. On August 30, 2024, Ms. Bartolacci filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida and has been assigned case number 24-18942-CLC. We have been asked to file on her behalf the enclosed Suggestion of Bankruptcy and Notice of Operation of Automatic Stay to inform everyone of her filing. We have agreed to do so as a courtesy.

                                      Respectfully submitted,

                                      Dan Rottenstreich

cc:    Ranee Bartolacci
        Counsel of Record via CM-ECF

