**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>           Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>           Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |

**SUGGESTION OF BANKRUPTCY**
**AND NOTICE OF OPERATION OF<u>AUTOMATIC STAY</u>**

PLEASE TAKE NOTICE that on August 30, 2024, Ranee A. Bartolacci ("**Ms. Bartolacci**") filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida and has been assigned case number 24-18942-CLC. Ms. Bartolacci respectfully suggests that pursuant to Title 11 U.S.C. § 362 all proceedings in this cause are to be stayed pending further Order of the Bankruptcy Court for the Southern District of Florida.

This suggestion of Bankruptcy does not constitute a Notice of Appearance.

Dated: New York, New York
      September 4, 2024

                                      Rottenstreich Farley Bronstein
                                      Fisher Potter Hodas LLP

                                      By: _____
                                      Dan Rottenstreich, Esq.
                                      500 Park Avenue, 8th Floor
                                      New York, New York 10022
                                      (212) 326-1777

                                      *Attorneys for Respondents Ranee A.*
                                      *Bartolacci and Ermitage One, LLC*

To: Counsel of Record