# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>             Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| In re:<br><br>EZL 40 MEADOW LANE LLC,<br><br>             Debtor. | Case No. 22-10294 (BLS)<br><br>Chapter 7 |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 25, 2024 AT 9:15 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**ADJOURNED MATTERS NOT GOING FORWARD:**

1.  Pre-Trial Scheduling Conference in Adversary Proceedings

    Status:     Attached as Schedule 1 is a status of the Adversary Proceedings scheduled for a Pre-trial Scheduling Conference.

Date: September 23, 2024  
Wilmington, DE

COZEN O'CONNOR

By: /s/ *John T. Carroll, III*
     John T. Carroll, III (DE No. 4060)
     Simon E. Fraser (DE No. 5335)
     1201 North Market Street
     Suite 1001
     Wilmington, DE 19801
     (302) 295-2000 Telephone
     (302) 295-2013 Fax No.
     Email: jcarroll@cozen.com
     Email: sfraser@cozen.com

     and

Christina M. Sanfelippo
(*Pro Hac Vice forthcoming*)
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 Telephone
Email:   csanfelippo@cozen.com

*Counsel for George L. Miller,
Chapter 7 Trustee*

# SCHEDULE 1

| | **Adversary Actions Being Adjourned** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Ahmad Yousf Kamal | 24-50024 | This adversary action is being adjourned to a date to be determined. Foreign defendant to be served via Hague Convention. |
| 2. | Ermitage One LLC and Ranee A. Bartolacci | 24-50034 | This adversary action is being adjourned to November 6, 2024 at 9:30 a.m. (ET).<br><br>Defendant, Ermitage One LLC. The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate filing the Scheduling Order under Certification of Counsel.<br><br>Defendant, Ranee A. Bartolacci. Defendant has filed for bankruptcy in the United States Bankruptcy Court Southern District of Florida; Case No. 24-18942. |
| 3. | MCAM 40ML Lender LLC; Monroe Capital Management Advisors LLC and MC Asset Management (Corporate), LLC | 24-50036 | This adversary action is being adjourned to November 6, 2024 at 9:30 a.m. (ET).<br><br>The Trustee circulated a proposed form of Scheduling Order and the parties are exchanging comments to same and anticipate filing the Scheduling Order under Certification of Counsel. |

| | **Adversary Actions to be Defaulted. Pretrial Conference is not required for the following Defendants.** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Anthony B. Tufariello and Kathleen Tufariello | 24-50025 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 2. | Dhruv Piplani | 24-50026 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |
| 3. | Horizon Select LLC | 24-50028 | The Trustee will proceed to file a Request for Default and Entry of Default Judgment. |

| | **Adversary Actions with Scheduling Order. Pretrial Conference is not required for the following Defendants.** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Eric Tanjeloff | 24-50027 | The parties have agreed to a final form of Scheduling Order. |
| 2. | Jordan Vogel | 24-50029 | The parties have agreed to a final form of Scheduling Order. |
| 3. | Nino Cohen | 24-50031 | The parties have agreed to a final form of Scheduling Order. |
| 4. | Quinn Emanuel Urquhart & Sullivan LLP | 24-50032 | The parties have agreed to a final form of Scheduling Order. |
| 5. | Davidoff, Hutcher & Citron LLP | 24-50035 | The parties have agreed to a final form of Scheduling Order. |
| 6. | Harsh Padia (EAM) | 24-50037 | The parties have agreed to a final form of Scheduling Order. |
| 7. | Harsh Padia (EZL) | 24-50038 | The parties have agreed to a final form of Scheduling Order. |

LEGAL\73003838\2 6010823/00551865
09/23/2024